IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHEA C. BROCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv762-MHT |
| | ) | (WO) |
| CROSS COUNTRY MORTGAGE, | ) | |
| LLC, and DOVENMUEHLE | ) | |
| MORTGAGE, INC. (DMI), | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

This case is before the court on two motions filed by plaintiff after submitting her initial objection to the United States Magistrate Judge's recommendation. First, plaintiff filed a motion for leave to file a supplemental objection (Doc. 53). Because this motion was filed before deadline for objections, the court will grant it.

Second, plaintiff filed a motion for leave to file a limited reply to defendants' response to her objections and to file documentary evidence (Doc. 57). Plaintiff's reply is included in the motion, and the

documents are attached. Because defendants filed responses to Brock's objections (Doc. 55 and Doc. 56), without seeking leave of court or being ordered to do so, in the interest of fairness the court will grant plaintiff's motion to submit a reply and additional documentary evidence, which addresses the same issue as her reply.

Accordingly, it is ORDERED that plaintiff's motions for leave to file a supplemental objection, etc. (Doc. 53), and for leave to file a limited reply to defendants' response to her objections and to file documentary evidence, etc. (Doc. 57), are granted.

DONE, this the 28th day of September, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE