IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHEA C. BROCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv762-MHT |
| | ) | (WO) |
| CROSS COUNTRY MORTGAGE, LLC, and DOVENMUEHLE MORTGAGE, INC. (DMI), | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff Anthea C. Brock, who is pro se, filed this lawsuit attempting to assert claims related to "fraudulent refinancing of an existing home without a balance" and her removal from the home. Complaint (Doc. 1-1) at 6. The United States Magistrate Judge entered an order giving plaintiff an opportunity to replead the complaint to address deficiencies in the original, included detailed instructions on how to do so, and warned her that failure to comply with the order could result in dismissal. *See* Order (Doc. 24).

Brock then filed three amended complaints before the deadline, none of which complied with the order, and defendants CrossCountry Mortgage, LLC and Dovenmuehle Mortgage, Inc., moved to dismiss all claims.

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the motions to dismiss be granted because the operative amended complaint is a shotgun pleading, that her claims be dismissed with prejudice, and that Brock's motion for leave to file another amended complaint be denied as futile. Also before the court are Brock's objections to the recommendation. After an independent and de novo review of the record, the court concludes that Brock's objections should be overruled and the magistrate judge's recommendation adopted as to the explanation of how plaintiff failed to comply with the order requiring her to file an amended complaint and describing in detail how to replead the complaint (Doc. 24). However, the court does not adopt the

recommendation to the extent it recommends granting defendants' motions to dismiss on shotgun-pleading grounds. Instead, the court finds that the case should be dismissed for plaintiff's repeated failure in her three amended complaints to comply with the magistrate judge's very detailed order on how to replead the complaint. *See* Fed. R. Civ. P. 41(b).

An appropriate dismissal order and judgment will be entered.

DONE, this the 28th day of September, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE