IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHEA C. BROCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv762-MHT |
| | ) | (WO) |
| CROSS COUNTRY MORTGAGE, | ) | |
| LLC, and DOVENMUEHLE | ) | |
| MORTGAGE, INC. (DMI), | ) | |
| | ) | |
| Defendants. | ) | |

DISMISSAL ORDER AND JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections, etc. (Doc. 52 and Doc. 53) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 51) is adopted to the extent stated in the opinion.

(3) This case is dismissed without prejudice for repeated failure to follow a court order.

(4) All pending motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of September, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE